UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SAID JARABAA, )<br>)<br>Defendant. ) | Case No. 4:08CR0246 CEJ/TCM |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

In accordance with the Memorandum filed herein,

**IT IS HEREBY ORDERED** that Defendant's Motion for Early Production of Witnesses Statements and Exculpatory Evidence [Doc. 18] is **DENIED**.

**IT IS HEREBY ORDERED** that Defendant's Motion for a Bill of Particulars [Doc. 17] is **DENIED AS MOOT**.

**IT IS HEREBY RECOMMENDED** that Defendant's Motion to Dismiss the Indictment [Doc. 17] should be **DENIED**.

**IT IS HEREBY RECOMMENDED** that Defendant's Motion to Suppress Evidence [Doc. 19] should be **DENIED**.

**IT IS HEREBY RECOMMENDED** that Defendant's Motion to Suppress Statements [Doc. 20] should be **DENIED**.

The parties are advised that they have eleven (11) days in which to file written objections to this Recommendation and the Memorandum incorporated herein pursuant to 28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained, and that failure to file timely objections may result in waiver of the right to appeal questions of fact. See **Thompson v. Nix**, 897 F.2d 356 (8th Cir. 1990).

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 20th day of June, 2008.