UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:08-CR-246 CEJ ) |
| SAID JARABAA, | ) ) |
| Defendant. | ) |

**ORDER**

Pursuant to 28 U.S.C. § 636(b), the Court referred all pretrial matters in this case to United States Magistrate Judge Thomas C. Mummert, III, for determination and recommended disposition, where appropriate. On June 2, 2008, Judge Mummert issued a Report and Recommendation with respect to the disposition of the defendant's pretrial motions. No objections to the Report and Recommendation have been filed, and the time allowed for doing so has elapsed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Thomas C. Mummert, III, is sustained, adopted, and incorporated herein.

**IT IS FURTHER ORDERED** that the motions of defendant Said Jarabaa to dismiss the indictment [Doc. # 17], to suppress evidence [Doc. # 19], and to suppress statements [Doc. # 20] are **denied**.

```
                              _____
                              CAROL E. JACKSON
                              UNITED STATES DISTRICT JUDGE
```

Dated this 2nd day of July, 2008.